IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C. S. *and* D.T., | |
| *Plaintiffs*, | Civil Action No. 2:25-cv-477 |
| v. | Hon. William S. Stickman IV |
| KRISTI NOEM, *et al*, | |
| *Defendants*. | |

## **ORDER OF COURT**

AND NOW, this ___14___ day of April 2025, IT IS HEREBY ORDERED that a motion hearing on Plaintiffs' Motion for Temporary Restraining Order (ECF No. 7) is scheduled for **April 15, 2025 at 11:30 a.m.** in courtroom 8B before Judge William S. Stickman IV.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE