IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C. S. *and* D.T., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, *et al*, <br><br> *Defendants*. | Civil Action No. 2:25-cv-477 <br><br> Hon. William S. Stickman IV |

## **HEARING MEMO**

HEARING HELD:  Motion Hearing
DATE HEARING HELD:   April 15, 2025
BEFORE:  Judge William S. Stickman IV

| | |
|---|---|
| Appearing for Plaintiffs: <br> Adrian Roe, Esquire <br> Robert Whitehill, Esquire | Appearing for Defendants: <br> Samantha Stewart, Esq. <br> Adam Fischer, Esq. |
| Hearing began at 11:34 AM | Hearing concluded at  2:21 PM |

Stenographer:  Melissa Moore

### WITNESSES:

Aryaman Shandilya (Plaintiff C.S.) and Pratik Adhikari (Plaintiff D.T.) testified.

### EXHIBITS:

Plaintiffs' Exhibits 1, 2, 3, 4, 5 admitted.

### OUTCOME:

The Court heard argument on Plaintiffs' Motion for Order Directing that Action be Conducted in Manner that Prevents Public Disclosure of Personally Identifying Information (ECF No. 2).  The motion was denied for the reasons set forth on the record.  Plaintiffs must proceed under their full names, and their identities must be disclosed on the docket and provided to the Government.  The Clerk's Office will be directed to amend the caption to reflect the Plaintiffs' full names.

The Court ordered that Plaintiffs be brought to court without obstruction to present whatever

testimonial evidence they, through counsel, believe is necessary for litigating their Motion for a Temporary Restraining Order (ECF No. 7). Plaintiffs testified. Parties presented oral argument.

The Court grants in part and denies in part the Motion for a Temporary Restraining Order (ECF No. 7) for the reasons set forth on the record. The appropriate order will follow.