IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARYAMAN SHANDILYA, *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, *et al*, <br><br> *Defendants*. | Civil Action No. 2:25-cv-477 <br><br> Hon. William S. Stickman IV |

### ORDER OF COURT

AND NOW, this 16 day of April 2025, IT IS HEREBY ORDERED that the injunction hearing previously scheduled for April 25, 2025 at 8:00 a.m. is RESCHEDULED for **April 30, 2025 at 7:30 a.m**. The Court is currently scheduled to be in a jury trial on April 30, with another trial beginning the following week on May 5. This hearing is set provisionally in that counsel may need to be flexible with respect to a possibility of rescheduling a date and/or time.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Expedited Discovery is denied, with the following exception: Plaintiffs may request, and if so requested, Defendants shall produce, any documentation in their possession relating to the change of the named Plaintiffs' SEVIS status that forms the basis of their action and/or any documentation relating to the status of their visas.

BY THE COURT:

April 16, 2025

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE