IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARYAMAN SHANDILYA, *et al*,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>KRISTI NOEM, *et al*,<br><br>　　　　　　*Defendants*. | Civil Action No. 2:25-cv-477<br><br>Hon. William S. Stickman IV |

**ORDER OF COURT**

AND NOW, this 29th day of April 2025, IT IS HEREBY ORDERED that in light of the changed material circumstances, and upon review of the representations of counsel (ECF Nos. 32 and 33), the preliminary injunction hearing scheduled for April 30, 2025 at 7:30 a.m. is CANCELED.

IT IS FURTHER ORDERED that a video status conference is scheduled for **May 13, 2025 at 10:00 a.m**. The parties shall connect to the conference by the following Zoom link:

　https://pawd-uscourts.zoomgov.com/j/1618639525

IT IS FINALLY ORDERED that due to the changed circumstances, the Court's order dated April 15, 2025 (ECF No. 22) is VACATED.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ William S. Stickman IV
　　　　　　　　　　　　　　　　　　　　WILLIAM S. STICKMAN IV
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE