IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARYAMAN SHANDILYA, *et al*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al*,<br><br>      *Defendants*. | Civil Action No. 2:25-cv-477<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Video Status Conference
DATE HEARING HELD:   May 20, 2025
BEFORE:  Judge William S. Stickman IV

| | |
|---|---|
| Appearing for Plaintiffs:<br>Adrian Roe, Esquire<br>Robert Whitehill, Esquire | Appearing for Defendants:<br>Samantha Stewart, Esquire<br>Adam Fischer, Esquire |
| Hearing began at 1:30 PM | Hearing concluded at 1:35 PM |

Stenographer:  Melissa Moore

OUTCOME:

The parties informed the Court that a resolution of the case is being discussed.  A video status conference will be set in fourteen days by Order of Court to follow.