EXHIBIT 1

LETTER TO ARYAMAN SHANDILYA


U.S. Immigration and Customs Enforcement
Homeland Security Investigations
U.S. Department of Homeland Security
Potomac Center North
500 12th Street, SW MS-5600
Washington, DC 20536-5600

May 22, 2025

Aryaman Shandilya
5735 WALNUT ST
PITTSBURGH PA 15232

## Student and Exchange Visitor Program (SEVP)
## Notice to Student

Between March 25, 2025, and April 11, 2025, certain Student and Exchange Visitor Information System (SEVIS) designations were switched from "active" to "terminated." Then, beginning on April 11, 2025 through May 5, 2025, SEVP reset the SEVIS designations of these students to "active."

This letter is to inform you that your SEVIS designation associated with SEVIS ID N0035709251, issued by Carnegie Mellon University, school code PHI214F10187000, has been reset to "active." This activation is automatically retroactive to the date of termination on April 3, 2025. Therefore, it is ICE's position that the SEVP termination of your SEVIS designation occurring during this time period will not, by itself, be used as a basis for denial of future immigration benefits or a determination that you did not maintain your nonimmigrant status during that period.

When your SEVIS designation was reset to "active," all previous information that was part of your SEVIS record when it was terminated was also reset to its original content. Although the event history will memorialize all modifications that are made to the SEVIS record (including the prior termination and its restoration to "active"), the effect of this retroactive activation is as though the termination did not happen, and there are no "gaps" or "lapses" in your SEVIS record.

Should you wish to communicate with someone regarding this notice, contact SEVP via email at supportsevp@hsi.dhs.gov.

Sincerely,

Student and Exchange Visitor Program